# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

CHAMBERS OF
**JAMES B. ZAGEL**
JUDGE

312-435-5713
www.ilnd.uscourts.gov

August 29, 2006

Hon. Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, NE
Washington, DC 20544

Dear Judge Smith:

Pursuant to the requests the Committee made in your letter of July 26, I enclose an amended copy of my 2005 Financial Disclosure Report. The Report now reflects the requested information listed in paragraphs 1 and 2.

In paragraph 3, it is requested that I list the Fording assets in the 2005 report. However, the Fording information is, in fact, listed in the original 2005 report – please refer to the report, Part VII, lines 36 and 52.

Sincerely,



James B. Zagel

JBZ:aw
Enclosures

| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) Zagel, James B | 2. Court or Organization U.S. District Court No. Ill. | 3. Date of Report 08/23/2006 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge, Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☒ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 219 S. Dearborn Room 2588 Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Trustee | ███████ Family Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 SEP -5 A 10:41 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 08/23/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | Foundation Press - Book Royalties | $ 4018.00 |
| 3. | | EP Talent Services - Actor's Royalties | $ 63.00 |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | Grant Thornton - Partnership Income |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Ernst & Young | Seminar in Washington, DC, for multiple law firms of litigation rules, 6/22-23, transportation, lodging |
| 2. | CLE in Colorado | Seminar in Denver, Colorado for IP Technology, 4/27-28, transportation, meal, lodging |
| 3. | | |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 08/23/2006 |

5.

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Guest Privileges | Union League Club | $ 1872.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 08/23/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M.O.N.Y. Policy Value | C | Dividend | L | T | | | | | |
| 2. Northern Trust Accts. | C | Dividend | N | T | | | | | |
| 3. Farm Land Washington/Clinton Counties Ill. (S) | C | Rent | K | W | | | | | |
| 4. Grant Thornton 401(k) | A | Dividend | L | T | | | | | |
| 5. Northwestern Mut. Life Ins. Policy | A | Dividend | J | T | | | | | |
| 6. New York Life Ins. Pol. | A | Dividend | J | T | | | | | |
| 7. Country Cos. Life Pol. | A | Dividend | J | T | | | | | |
| 8. Transamer. Life Pol. Val. | | None | K | T | | | | | |
| 9. Transamer. Life Pol. Val. | | None | K | T | | | | | |
| 10. Prudential Life Ins. | | Dividend | J | T | | | | | |
| 11. Metropolitan Life Ins. | A | Dividend | J | T | | | | | |
| 12. Equitable Life (Now AXA Equitable) | A | Dividend | K | T | | | | | |
| 13. Bear Stearns & Co. Acct. | B | Interest | K | T | | | | | |
| 14. ING Life Policy | A | Dividend | J | T | | | | | |
| 15. Bear Stearns & Co. Acct. | B | Interest | L | T | | | | | |
| 16. Andrew/ANDW | | None | | | Sold | 6/21 | J | | |
| 17. Andrew/ANDW | | None | | | Sold | 6/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 08/23/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TEMFX | A | Distribution | J | T | Reinv | 12/31 | J | | |
| 19. TEMFX | A | Distribution | J | T | Reinv | 12/31 | J | | |
| 20. GABVX | A | Distribution | | | Sold | 6/14 | J | A | |
| 21. GABVX | A | Distribution | | | Sold | 6/14 | J | A | |
| 22. DIS | A | Dividend | | | Sold | 6/21 | K | D | |
| 23. DIS | A | Dividend | L | | Sold | 6/21 | K | D | |
| 24. KO | A | Dividend | J | T | | | | | |
| 25. KO | A | Dividend | J | T | | | | | |
| 26. PFE | C | Dividend | M | T | | | | | |
| 27. PFE | C | Dividend | M | T | | | | | |
| 28. SAG Pension Plan | A | Interest | J | T | | | | | |
| 29. CP | A | Dividend | K | T | | | | | |
| 30. CP | A | Dividend | K | T | | | | | |
| 31. CP Ships - TEU | A | Dividend | | | Sold | 10/25 | J | C | |
| 32. CP Ships - TEU | A | Dividend | | | Sold | 10/25 | J | C | |
| 33. Solectron - SLR | | None | J | T | | | | | |
| 34. Fairmont Hotels -FHR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fairmont Hotels - FHR | A | Dividend | J | T | | | | | |
| 36. Fording Inc. - FDG | A | Dividend | J | T | | | | | |
| 37. Encana - ECA (formerly PCX) | A | Dividend | L | T | | | | | |
| 38. Encana - ECA (S) (formerly PCX) | A | Dividend | L | T | | | | | |
| 39. Dell | | None | J | T | | | | | |
| 40. MK Limited Partners | | None | L | W | | | | | |
| 41. I AM A CONTINGENT BENEFICIARY OF ABE SAMUELS FAMILY TRUST | | | | | | | | | |
| 42. Assets of Trust: Total value of all assets listed | | | | | | | | | |
| 43. My estimated share is 11% | | | | | | | | | |
| 44. Bank Accounts: Harris Trust Chk./Int. | A | Interest | J | T | | | | | |
| 45. Maple Publishing Co. | A | Interest | J | W | | | | | |
| 46. Bear Stearns SEP/IRA | B | Dividend | L | T | | | | | |
| 47. Dreyfus Money Market | A | Dividend | K | T | Redeemed | 6/16 | K | | |
| 48. Georgia Mun ELec Auth Rev Bond | C | Interest | L | T | Bought | 6/22 | L | | |
| 49. Pfizer - PFE | A | Dividend | J | T | | | | | |
| 50. CP | A | Dividend | J | T | | | | | |
| 51. CP Ships - TEU | A | Dividend | | | Sold | 10/25 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 08/23/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fording Inc. - FDG | A | Dividend | J | T | | | | | |
| 53. Fairmont Hotels-FHR | A | Dividend | J | T | | | | | |
| 54. Citizens PPTY Ins Corp Fla Bond | C | Interest | K | T | Buy | 9/27 | K | | |
| 55. Encana - ECA (formerly PCX) | A | Dividend | K | T | | | | | |
| 56. Oracle - ORCL | | None | J | T | | | | | |
| 57. Nassau County NY Bond | C | Interest | L | T | Buy | 8/9 | L | | |
| 58. San Diego, CA Pension Bond | C | Interest | L | T | Buy | 7/20 | L | | |
| 59. Wisconsin Gen Fund Bond | B | Interest | K | T | Buy | 7/7 | K | | |
| 60. End of IRA | | | | | | | | | |
| 61. Dreyfus Money Market | A | Dividend | | | Redeemed | 6/16 | J | | |
| 62. HD | A | Dividend | K | T | | | | | |
| 63. HD | A | Dividend | K | T | | | | | |
| 64. WAG | A | Dividend | K | T | | | | | |
| 65. WAG | A | Dividend | K | T | | | | | |
| 66. Gillette/G | A | Dividend | | | Merger | 10/3 | K | | PG |
| 67. Gillette/G | A | Dividend | | | Merger | 10/3 | K | | PG |
| 68. PG | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 08/23/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PG | A | Dividend | L | T | | | | | |
| 70. Ill Hsg Dev Auth Rev Bonds | A | Interest | J | T | | | | | |
| 71. Wyeth - WYE (formerly AHP) | A | Dividend | K | T | | | | | |
| 72. Wyeth - WYE (formerly AHP) | A | Dividend | K | T | | | | | |
| 73. UTX | A | Dividend | | | Sold | 6/1 | J | C | |
| 74. UTX | A | Dividend | | | Sold | 6/1 | J | C | |
| 75. General Electric-GE | A | Dividend | K | T | | | | | |
| 76. General Electric-GE | A | Dividend | K | T | | | | | |
| 77. Nevada H.D. - Bond | A | Interest | J | T | Redeemed | 6/14 | J | | |
| 78. Chicago G/O Park Dist Bond | B | Interest | K | T | Part Redempt | 8/3 | K | | |
| 79. Illinois G/O Fin Auth Bond | B | Interest | K | T | | | | | |
| 80. Illinois G/O Fin Auth Bond (S) | B | Interest | K | T | | | | | |
| 81. Harris County Texas Rev Bond | | None | L | T | Buy/Sell | 7/22 | L | | |
| 82. Connecticut ST Sev Bond | A | Interest | K | T | Buy | 7/20 | K | | |
| 83. Penn Hsg Fin Agy Bond | C | Interest | L | T | Buy | 7/14 | L | | |
| 84. Missouri St Facs Bond | C | Interest | L | T | Buy | 7/19 | L | | |
| 85. Berks Co Pa Mun Bond | C | Interest | L | T | Buy | 7/20 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 08/23/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Kern CoCal College Dist Bond | B | Interest | K | T | Buy | 7/19 | K | | |
| 87. Wisconsin Pub Pwr Bond | C | Interest | L | T | Buy | 7/14 | L | | |
| 88. Univ Wisc Hosp Bond | C | Interest | L | T | Buy | 7/7 | L | | |
| 89. Iowa Fin Auth Bond | B | Interest | K | T | Buy | 8/9 | L | | |
| 90. Time Warner | A | Dividend | J | T | Buy | 6/21 | J | | |
| 91. Time Warner | A | Dividend | J | T | Buy | 6/21 | J | | |
| 92. Janus Invt Fund | A | Dividend | K | T | Buy | 3/2 | K | | |
| 93. Janus Invt Fund | A | Dividend | J | T | Buy | 3/2 | K | | |
| 94. Bear Stearns Account | D | Interest | M | T | | | | | |
| 95. Pepco Holdings POM | B | Dividend | K | T | | | | | |
| 96. First Energy - FE | B | Dividend | K | T | Part Sale | 9/7 | K | E | |
| 97. Duff & Phelp Fund - DNP | B | Dividend | K | T | | | | | |
| 98. Fund Managed High Income - MHY | B | Dividend | K | T | | | | | |
| 99. Ill HDA Multibond 93 | B | Interest | K | T | | | | | |
| 100. Lease of excess Berrien Cty, MI acreage to Leco Corp. | B | Rent | K | W | | | | | |
| 101. Fannie Mae - FNM | A | Dividend | K | T | | | | | |
| 102. Fannie Mae - FNM | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 08/23/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Time Warner - AOL | | None | J | T | Sold | 7/23 | J | | |
| 104. Time Warner - AOL | | None | J | T | Sold | 7/23 | J | | |
| 105. Ohio Hsg Fin Residential | B | Interest | K | T | Part Redempt | 3/1 | K | | |
| 106. Ohio Hsg Fin Residential | B | Interest | K | T | Part Redempt | 3/1 | K | | |
| 107. AT&T | A | Dividend | J | T | | | | | |
| 108. Comcast - CMCSA | | None | J | T | | | | | |
| 109. Smucker | A | Dividend | J | T | Sell | 6/21 | J | A | |
| 110. Smucker | A | Dividend | J | T | Sell | 6/21 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I participate in the Federal Thrift Savings Plan, but it is my understanding that this asset need not be listed.

All individual assets held in brokerage accounts are individually disclosed in report.

The Janus Investment material fund was inadvertently omitted from prior reports — it was acquired in 2000. The double listing of certain investments is due to the fact that some are in ████████████ I have not designated which are ████████ssets, but I list them separately because they are individual holdings which might be sold separately at a future time.

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 08/23/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date 29 August 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2006 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Zagel, James B | 2. Court or Organization<br><br>U.S. District Court No. Ill. | 3. Date of Report<br><br>05/03/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>219 S. Dearborn<br>Room 2588<br>Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Abe Samuels Family Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 15 A 11: 14 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 05/03/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | Foundation Press - Book Royalties | $ 4018.00 |
| 2. | EP Talent Services - Actor's Royalties | $ 63.00 |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | Grant Thornton - Partnership Income |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Grant Thornton | Work Travel Expense Reimbursement paid only |
| 2. Ernst & Young | Seminar for multiple law firms of litigation rules |
| 3. CLE in Colorado | Seminar for IP Technology |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 05/03/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Guest Privileges | Union League Club | $ 1872.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 05/03/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. M.O.N.Y. Policy Value | C | Dividend | L | T | | | | | |
| 2. Northern Trust Accts. | C | Dividend | N | T | | | | | |
| 3. Farm Land Washington/Clinton Counties Ill. | C | Rent | K | W | | | | | |
| 4. Grant Thornton 401(k) | A | Dividend | L | T | | | | | |
| 5. Northwestern Mut. Life Ins. Policy | A | Dividend | J | T | | | | | |
| 6. New York Life Ins. Pol. | A | Dividend | J | T | | | | | |
| 7. Country Cos. Life Pol. | A | Dividend | J | T | | | | | |
| 8. Transamer. Life Pol. Val. | | None | K | T | | | | | |
| 9. Tansamer. Life Pol. Val. | | None | K | T | | | | | |
| 10. Prudential Life Ins. | | Dividend | J | T | | | | | |
| 11. Metropolitan Life Ins. | A | Dividend | J | T | | | | | |
| 12. Equitable Life (Now AXA Equitable) | A | Dividend | K | T | | | | | |
| 13. Bear Stearns & Co. Acct. | B | Interest | K | T | | | | | |
| 14. ING Life Policy | A | Dividend | J | T | | | | | |
| 15. Bear Stearns & Co. Acct. | B | Interest | L | T | | | | | |
| 16. Andrew/ANDW | | None | | | Sold | 6/21 | J | | |
| 17. Andrew/ANDW | | None | | | Sold | 6/21 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4)<br>2. Value Codes<br>(See Columns C1 and D3)<br><br>3. Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br><br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 05/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TEMFX | A | Distribution | J | T | Reinv | 12/31 | J | | |
| 19. TEMFX | A | Distribution | J | T | Reinv | 12/31 | J | | |
| 20. GABVX | A | Distribution | | | Sold | 6/14 | J | A | |
| 21. GABVX | A | Distribution | | | Sold | 6/14 | J | A | |
| 22. DIS | A | Dividend | | | Sold | 6/21 | K | D | |
| 23. DIS | A | Dividend | L | | Sold | 6/21 | K | D | |
| 24. KO | A | Dividend | J | T | | | | | |
| 25. KO | A | Dividend | J | T | | | | | |
| 26. PFE | C | Dividend | M | T | | | | | |
| 27. PFE | C | Dividend | M | T | | | | | |
| 28. SAG Pension Plan | A | Interest | J | T | | | | | |
| 29. CP | A | Dividend | K | T | | | | | |
| 30. CP | A | Dividend | K | T | | | | | |
| 31. CP Ships - TEU | A | Dividend | | | Sold | 10/25 | J | C | |
| 32. CP Ships - TEU | A | Dividend | | | Sold | 10/25 | J | C | |
| 33. Solectron - SLR | | None | J | T | | | | | |
| 34. Fairmont Hotels -FHR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 05/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fairmont Hotels - FHR | A | Dividend | J | T | | | | | |
| 36. Fording Inc. - FDG | A | Dividend | J | T | | | | | |
| 37. Encana - ECA (formerly PCX) | A | Dividend | L | T | | | | | |
| 38. Encana - ECA (formerly PCX) | A | Dividend | L | T | | | | | |
| 39. Dell | | None | J | T | | | | | |
| 40. MK Limited Partners | | None | L | W | | | | | |
| 41. I AM A CONTINGENT BENEFICIARY OF ▓▓▓▓ TRUST | | | | | | | | | |
| 42. Assets of Trust: Total value of all assets listed | | | | | | | | | |
| 43. My estimated share is 11%: | | | | | | | | | |
| 44. Bank Accounts: Harris Trust Chk./Int. | A | Interest | J | T | | | | | |
| 45. Maple Publishing Co. | A | Interest | J | W | | | | | |
| 46. Bear Stearns SEP/IRA | B | Dividend | L | T | | | | | |
| 47. Dreyfus Money Market | A | Dividend | K | T | Redeemed | 6/16 | K | | |
| 48. Georgia Mun Elec Auth Rev Bond | C | Interest | L | T | Bought | 6/22 | L | | |
| 49. Pfizer - PFE | A | Dividend | J | T | | | | | |
| 50. CP | A | Dividend | J | T | | | | | |
| 51. CP Ships - TEU | A | Dividend | | | Sold | 10/25 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 05/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fording Inc. - FDG | A | Dividend | J | T | | | | | |
| 53. Fairmont Hotels-FHR | A | Dividend | J | T | | | | | |
| 54. Citizens PPTY Ins Corp Fla Bond | C | Interest | K | T | Buy | 9/27 | K | | |
| 55. Encana - ECA (formerly PCX) | A | Dividend | K | T | | | | | |
| 56. Oracle - ORCL | | None | J | T | | | | | |
| 57. Nassau County NY Bond | C | Interest | L | T | Buy | 8/9 | L | | |
| 58. San Diego, CA Pension Bond | C | Interest | L | T | Buy | 7/20 | L | | |
| 59. Wisconsin Gen Fund Bond | B | Interest | K | T | Buy | 7/7 | K | | |
| 60. End of IRA | | | | | | | | | |
| 61. Dreyfus Money Market | A | Dividend | | | Redeemed | 6/16 | J | | |
| 62. HD | A | Dividend | K | T | | | | | |
| 63. HD | A | Dividend | K | T | | | | | |
| 64. WAG | A | Dividend | K | T | | | | | |
| 65. WAG | A | Dividend | K | T | | | | | |
| 66. Gillette/G | A | Dividend | | | Merger | 10/3 | K | | PG |
| 67. Gillette/G | A | Dividend | L | | Merger | 10/3 | K | | PG |
| 68. PG | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 05/03/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PG | A | Dividend | L | T | | | | | |
| 70. Ill Hsg Dev Auth Rev Bonds | A | Interest | J | T | | | | | |
| 71. Wyeth - WYE (formerly AHP) | A | Dividend | K | T | | | | | |
| 72. Wyeth - WYE (formerly AHP) | A | Dividend | K | T | | | | | |
| 73. UTX | A | Dividend | | | Sold | 6/1 | J | C | |
| 74. UTX | A | Dividend | | | Sold | 6/1 | J | C | |
| 75. General Electric-GE | A | Dividend | K | T | | | | | |
| 76. General Electric-GE | A | Dividend | K | T | | | | | |
| 77. Nevada H.D. - Bond | A | Interest | J | T | Redeemed | 6/14 | J | | |
| 78. Chicago G/O Park Dist Bond | B | Interest | K | T | Part redempt | 8/3 | K | | |
| 79. Illinois G/O Fin Auth Bond | B | Interest | K | T | | | | | |
| 80. Illinois G/O Fin Auth Bond | B | Interest | K | T | | | | | |
| 81. Harris County Texas Rev Bond | | None | L | T | Buy/Sell | 7/22 | L | | |
| 82. Connecticut ST Sev Bond | A | Interest | K | T | Buy | 7/20 | K | | |
| 83. Penn Hsg Fin Agy Bond | C | Interest | L | T | Buy | 7/14 | L | | |
| 84. Missouri St Facs Bond | C | Interest | L | T | Buy | 7/19 | L | | |
| 85. Berks Co. Pa Mun Bond | C | Interest | L | T | Buy | 7/20 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 05/03/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Kern Co Cal College Dist Bond | B | Interest | K | T | Buy | 7/19 | K | | |
| 87. Wisconsin Pub Pwr Bond | C | Interest | L | T | Buy | 7/14 | L | | |
| 88. Univ Wisc Hosp Bond | C | Interest | L | T | Buy | 7/7 | L | | |
| 89. Iowa Fin Auth Bond | B | Interest | K | T | Buy | 8/9 | | | |
| 90. Time Warner | A | Dividend | J | T | Buy | 6/21 | J | | |
| 91. Time Warner | A | Dividend | J | T | Buy | 6/21 | J | | |
| 92. Janus Invt Fund | A | Dividend | K | T | Buy | 3/2 | K | | |
| 93. Janus Invt Fund | A | Dividend | J | T | Buy | 3/2 | K | | |
| 94. Bear Stearns Account | D | Interest | M | T | | | | | |
| 95. Pepco Holdings POM | B | Dividend | K | T | | | | | |
| 96. First Energy - FE | B | Dividend | K | T | Part sale | 9/7 | K | E | |
| 97. Duff & Phelp Fund - DNP | B | Dividend | K | T | | | | | |
| 98. Fund Managed High Income - MHY | B | Dividend | K | T | | | | | |
| 99. Ill HDA Multibond 93 | B | Interest | K | T | | | | | |
| 100. Lease of excess Berrien Cty, MI acreage to Leco Corp. | B | Rent | K | W | | | | | |
| 101. Fannie Mae - FNM | A | Dividend | K | T | | | | | |
| 102. Fannie Mae - FNM | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 05/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Time Warner - AOL | | None | J | T | Sold | 7/23 | J | | |
| 104. Time Warner - AOL | | None | J | T | Sold | 7/23 | J | | |
| 105. Ohio Hsg Fin Residential | B | Interest | K | T | Part Redempt | 3/1 | K | | |
| 106. Ohio Hsg Fin Residential | B | Interest | K | T | Part Redempt | 3/1 | K | | |
| 107. AT&T | A | Dividend | J | T | | | | | |
| 108. Comcast - CMCSA | | None | J | T | | | | | |
| 109. Smucker - SJM | A | Dividend | J | T | Sell | 6/21 | J | A | |
| 110. Smucker - SJM | A | Dividend | J | T | Sell | 6/21 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 05/03/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I participate in the Federal Thrift Savings Plan, but it is my understanding that this asset need not be listed.

All individual assets held in brokerage accounts are individually disclosed in report.

The Janus Investment material fund was inadvertently omitted from prior reports -- it was acquired in 2000. The double listing of certain investments is due to the fact that some are in ███████ have not designated which ███████ assets, but I list them separately because they are individual holdings which might be sold separately at a future time.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544